UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
(Danville Division)

|  |  |  |
|---|---|---|
| AVERETT UNIVERSITY OF DANVILLE, VIRGINIA, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 4:25cv00019 |
| DONALD BRUCE AUNGST, *et al*. | ) ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT DONALD BRUCE AUNGST'S
## MOTION TO DISMISS FOR IMPROPER VENUE
## AND FAILURE TO STATE A CLAIM

Defendant, Donald Bruce Aungst ("Aungst"), by and through counsel, hereby moves to dismiss claims made against him by Plaintiff, Averett University of Danville, Virginia ("Averett"), pursuant to Fed. R. Civ. Pro. 12(b)(3), the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*, and Fed. R. Civ. Pro. 12(b)(6). A memorandum in support of this motion is filed herewith.

Dated: July 7, 2025                                    Respectfully submitted,

                                                       THE MUNDACA LAW FIRM, LLC

                                                       <u>By: /s/ Francisco E. Mundaca</u>
                                                       Francisco E. Mundaca
                                                       VSB No.: 96073
                                                       THE MUNDACA LAW FIRM, LLC
                                                       1997 Annapolis Exchange Pkwy
                                                       Suite 300
                                                       Annapolis, Maryland 21401
                                                       Phone: (202) 474-8500

Fax: (240) 233-8626
Email: fmundaca@mundacalaw.com

and

*By: /s/ Zachary S. Aman*
Zachary S. Aman
*Pro Hac Vice Application to be filed*
THE MUNDACA LAW FIRM, LLC
1997 Annapolis Exchange Pkwy
Suite 300
Annapolis, Maryland 21401
Phone: (202) 474-8500
Fax: (240) 233-8626
Email: zaman@mundacalaw.com

*Counsel for Defendant*
*Donald Bruce Aungst*