CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED

8/6/2025
LAURA A. AUSTIN, CLERK
BY: *s/C. Kemp*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| AVERETT UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-00019 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GLOBAL STRATEGIC INVESTMENT | ) | By:   Hon. Thomas T. Cullen |
| SOLUTIONS, LLC, *et al.*, | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

For the reasons state in the court's Memorandum Opinion, Defendants' motions to compel arbitration (ECF Nos. 12 & 20) are **GRANTED**. The parties are **ORDERED** to commence arbitration according to the terms of the Investment Advisory Contract signed by Plaintiff Averett University and Defendant Global Strategic Investment Solutions, LLC. (*See* ECF No. 1-5).

Further, this matter is hereby **STAYED** pending the outcome of arbitration and until further order of the court. The parties are directed to notify the court within **14** days of the completion of arbitration. At that time, the court will evaluate any remaining disputes.

The Clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to the parties.

**ENTERED** this 6th day of August, 2025.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE